COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      J. James Raymond v. Joseph Degioanni, et al.

Appellate case number:    01-14-00459-CV

Trial court case number:  2003-53712

Trial court:              334th District Court of Harris County

On August 11, 2014, the parties filed an "Agreed Motion to Extend Time for Mediation and Agreed Motion for Stay of Appeal." In their motion, the parties request an extension of the deadline for mediating this case until September 29, 2014, the mutually-agreeable date for their mediator, Alice Oliver Parrott, to extend the deadline to report the results of mediation until October 1, 2014, and to extend the deadline for filing appellant's brief until October 29, 2014. We grant the motion.

Accordingly, the parties shall conduct the mediation in this case no later than September 29, 2014. Further, no later than October 1, 2014, the parties and the mediator shall advise the Clerk of this Court in writing whether the parties did or did not settle the underlying dispute, and the mediator shall file with the Clerk of this Court a completed "Appointment and Fee Report—Mediation" form, which can be downloaded from the forms page of the Court's website.

Further, we order appellant to file his brief no later than October 29, 2014. No further extensions of time for the filing of appellant's brief will be granted absent extraordinary circumstances.

Appellee's brief, if any, will be due within 30 days after appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                    ☒ Acting individually      ☐ Acting for the Court

Date:  August 19, 2014